■ BARBARA KULIG HOCHMULLER, Appellant, v BELLWEST MANAGEMENT CORPORATION et al., Respondents. [975 NYS2d 344]—Order, Supreme Court, New York County (Geoffrey D. Wright, J.), entered October 5, 2012, which denied plaintiff's motion for a stay of Housing Court proceedings and for the court to recuse itself, unanimously affirmed, without costs.

The court properly declined to stay proceedings in Housing

Court. As noted by the motion court, plaintiff had it within her power to avoid any eviction proceedings by executing a renewal lease for her studio apartment and then pursue her request to be relocated to a renovated one-bedroom apartment in the subject building.

The court did not abuse its discretion in refusing to recuse itself (*see People v Moreno*, 70 NY2d 403 [1987]). Concur—Mazzarelli, J.P., Saxe, Moskowitz, DeGrasse and Gische, JJ.